**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☑ Second Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **AURA P. MORALES**     JOINT DEBTOR: _____     CASE NO.: 14-28538-LMI
Last Four Digits of SS# XXX-XX-0464     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.   $ 270.00  for months  1  to  60 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00     TOTAL PAID $1,500.00
Balance Due   $ 2,150.00   payable $ 215.00 /month  (Months 1 to 10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1.   NONE _____                              Arrearage on Petition Date   $_____
Address: _____                               Arrears Payment  $_____/month  (Months _____ to _____)
                                              Regular Payment  $_____/month  (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| NONE |  | % | $ | __ To __ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1.   NONE _____               Total Due  $_____
                               Payable  $_____/month  (Months ___ to ___) Regular Payment $_____

Unsecured Creditors:  Pay $ 28.00 /month (Months 1 to 10), $ 243.00/month (Months 11 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor has a 50% interest in the property located at :12011 SW 37th Terrace, Miami FL 33175-3507 Mortgage with American Servicing Company (Account No.XXX-6813) where debtor is a joint owner with Dorida Avila. Dorida Avila lives and pays the mortgage at this property. American Servicing Company is being paid directly outside the plan.

Debtor has a 50% interest in the property located at:8075 NW 7th Street, Miami, FL 33126 with a mortgage from PNC (Account No.XXX-3837) – this property is jointly owned with Judy Quintero, the debtor does not pay or live at this property. PNC Bank Mortgage Service is being paid directly outside the plan.

Fountainebleau Gardens Condominium Association and South Beach Bayside Condominium Association are being paid directly outside the plan.

LF-31 (rev. 06/02/08)

<u>The debtor(s) is hereby advised that the chapter 13 trustee has requested</u>
<u>that the debtor(s) comply with 521(f) 1-4 on an annual basis during the</u>
<u>pendency of this case. The debtor(s) hereby acknowledges that the</u>
<u>deadline for providing the Trustee with their filed tax returns is modified</u>
<u>to be on or before May 15 each year the case is pending and that the debtor</u>
<u>shall provide the Trustee with verification of their disposable income if</u>
<u>their gross household income increases by more than 3% over the previous</u>
<u>year's income.</u>
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ *Aura P. Morales* | |
|---|---|
| Debtor | Joint Debtor |
| Date: 11/6/2014 | Date: |

LF-31 (rev. 06/02/08)